**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**APR 0 8 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAAG., et al ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-00745 (RCL) |
| ) | |
| BARACK H. OBAMA, ) | |
| President of the United States, *et. al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

Upon consideration of Petitioner's Unopposed Motion to Set New Briefing Schedule

with Respect to Petitioner's Motion to Strike Statements from the Factual Return, it is hereby

ORDERED that Petitioner's motion is GRANTED and that Petitioner shall file reply

motion by April 25, 2011.

**SO ORDERED** this _8th_ day of April 2011.

ROYCE C. LAMBERTH
Chief Judge
United States District Court